## THE LAMBS v. UNITED STATES.
### No. 41857.

Court of Claims.
Nov. 5, 1934.

Harvey L. Rabbitt, of Washington, D. C. (Lawrence P. Mattingly, of Washington, D. C., on the brief), for plaintiff.

Fred K. Dyar, of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS and WHALEY, Judges.

PER CURIAM.

This case involves the same principles as those decided in the following cases: Wichita Commercial & Social Club Association v. United States, 2 F. Supp. 476, 77 Ct. Cl. 80; Quinnipiack Club v. United States, 4 F. Supp. 996, 78 Ct. Cl. 833; Union League Club of Chicago v. United States, 4 F. Supp. 929, 78 Ct. Cl. 351; Phi Gamma Delta Club v. United States, 5 F. Supp. 140, 78 Ct. Cl. 834; Union League Club of New York v. United States, 78 Ct. Cl. 834;[1] The University Club, City of Washington, v. United States (Ct. Cl.) 6 F. Supp. 129, decided March 5, 1934, and the Saginaw Club v. United States (Ct. Cl.) 7 F. Supp. 302, decided June 4, 1934.

---

[1] No written opinion filed.